UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SYLVA DEJESUS,                                              Docket No.: 18-CV-02150

                      Plaintiff,
          -against –                                 **NOTICE OF APPEARANCE**

HOME DEPOT U.S.A., INC.

                    Defendant.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that LEWIS BRISBOIS BISGAARD & SMITH, LLP hereby appears in the above entitled action as counsel for Defendant, HOME DEPOT U.S.A, INC.

      Demand is hereby made that this office be included and copied on all notices, exchanges, disclosures, etc., and all correspondence relating to this action.

Dated: New York, New York
         March 12, 2018

                                                                Yours, etc.

                                    LEWIS BRISBOIS BISGAARD & SMITH, LLP

                                    *Michael Giacopelli*
                                    _____
                                    Michael N. Giacopelli (MG4170)
                                    *Attorneys for Defendant*
                                    *HOME DEPOT U.S.A., INC.*
                                    77 Water Street - Suite 2100
                                    New York, New York 10005
                                    212.232.1300
                                    Michael.Giacopelli@lewisbrisbois.com

TO:
Elizabeth M. Pendzick, Esq.
HAUSMAN & PENDZICK
*Attorneys for Plaintiff SYLVIA DEJESUS*
440 Mamaroneck Avenue – Suite 408
Harrison, New York 10528
914.946.3344

4849-2709-2319.1