

April 18, 2018

**Via CM/ECF Only**
United States District Court
Southern District of New York
Attn: Hon. Robert W. Sweet
500 Peal Street, Courtroom 18C
New York, New York 10007

              Re: *DeJesus v. Home Depot U.S.A., Inc.*
                 Civil Action No.: 1:18-cv-2150

Dear Judge Sweet:

  As the Court is aware, I am one of the attorneys for the plaintiff in this action.

  At this time, I respectfully request that Your Honor enter an order withdrawing my appearance in this case, effective immediately.

  Please note that **HAUSMAN & PENDZICK**, Jay S. Hausman, Esq. and Elizabeth M. Pendzick, Esq. of this office will continue to represent the plaintiff in this action.

  Please do not hesitate to contact me with any questions or concerns that Your Honor may have. I thank the Court very much for its time and consideration.

                       Respectfully Submitted,

                       ALAN R. GRAY, JR.

JAY S. HAUSMAN & ASSOCIATES, P.C. * ATTORNEYS AT LAW

440 Mamaroneck Avenue * Suite 408 * Harrison * New York 10528
T: (914) 946-3344 * F: (914) 946-9733 * Email:info@hptriallaw.com