UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SYLVIA DEJESUS,

                        Plaintiff,

        - against -

HOME DEPOT U.S.A., INC.,

                        Defendant.
------------------------------------------------------------------------x

**ORDER**

No. 18-CV-2150 (CS)

Seibel, J.

      On March 9, 2018, Defendant removed this case from New York State Supreme Court, Bronx County.  (*See* Doc. 1.)  At Plaintiff's request, and upon consent by Defendant, (*see* Doc. 16), this case was transferred to White Plains on May 1, 2018.  It appears, however, that the case should not be assigned to White Plains pursuant to Rules 18 and 20 of the S.D.N.Y. Rules for the Division of Business Among District Judges.  Thus, the parties should file a joint letter by May 16, 2018 at 12:00 p.m. stating their basis for the transfer to White Plains.

**SO ORDERED.**

Dated: May 9, 2018
       White Plains, New York

                                                    _____
                                                      CATHY SEIBEL, U.S.D.J.